1  J. Scott Miller, WSBA #14620
   Law Offices of J. Scott Miller, PLLC
2  201 W. North River Drive, Suite 500
   Spokane, WA 99201-2266
3  (509) 327-5591

4  Attorneys for Plaintiff

5

6              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
7
                          * * *
8
   AMY AUSMAN, a citizen of Idaho,
9
                       Plaintiff,        NO. CV-08-121-LRS
10
        v.                               ORDER OF DISMISSAL
11
   ZAK DESIGNS, INC., a Washington
12 corporation, IRVING ZAKHEIM, a
   citizen of Washington, SCOTT D.
13 MEYER, a citizen of Washington, and
   MICHELLE JOU, a citizen of
14 Washington,
                          * * *
15                    Defendants.
        THIS MATTER coming on for presentment upon the motion of the plaintiff, and it appearing
16
   that all Plaintiff's has moved under Rule 41 (a) (2)  to voluntary dismiss all of her claims or causes of
17
   action and that all Plaintiff's claims or causes of action should be dismissed without prejudice and
18
   without costs,
19
        IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all Plaintiff's  claims or
20
   causes of action are hereby dismissed without prejudice and without costs.
21

22

23

24

                                   **LAW OFFICES OF J. SCOTT MILLER, PLLC**
                                        201 W. North River Drive, Suite 500
                                              Spokane, WA  99201-2266
   ORDER OF DISMISSAL - 1              TEL:  (509) 327-5591  FAX:  (509) 328-6436

1    DATED this 17th day of August,  2009.

2

3                                          s/Lonny R Suko

4                              LONNY R. SUKO
                         CHIEF U.S. DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**LAW OFFICES OF J. SCOTT MILLER, PLLC**
201 W. North River Drive, Suite 500
Spokane, WA  99201-2266
TEL:  (509) 327-5591  FAX: (509) 328-6436